NO. 26079

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

NATHAN R. BRENNER, Respondent.

---

ORIGINAL PROCEEDING
(ODC 03-215-7815, 03-264-7864, 03-275-7875, 03-285-7885,
03-301-7901, 03-303-7903, 03-323-7923, 03-335-7935, 03-374-7974,
03-004-7984, 07-055-8515, 07-056-8516, 07-126-8586, 07-127-8587,
07-128-8588, 07-129-8589, 10-001-8835

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Intermediate Court of Appeals Associate Judge Leonard,
assigned by reason of vacancy)

Upon consideration of the August 7, 2020 report, filed by Bradley Tamm, Chief Disciplinary Counsel of the Office of Disciplinary Counsel, to close this trusteeship over the legal practice of former attorney Nathan R. Brenner, conducted pursuant to Rule 2.20 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and upon review of the record in this matter, we conclude that nothing further remains to be done in this trusteeship. Therefore,

IT IS HEREBY ORDERED that the clerk of the court shall close Supreme Court Case No. 26079.

DATED: Honolulu, Hawaiʻi, August 18, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Katherine G. Leonard